Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−11517−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tomas J Perez
aka Tomas J Perez−Vazquez, dba P R
Professional Landscaping LLC
9 Maple Avenue− 2nd floor
Vauxhall, NJ 07088

Maria Perez
aka Maria Torres−Torres, dba P R
Professional Landscaping LLC
9 Maple Avenue− 2nd floor
Vauxhall, NJ 07088

Social Security No.:
   xxx−xx−9014                               xxx−xx−8123

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on May 22, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2017
JAN: mcp

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 17-11517-VFP
Tomas J Perez                                                           Chapter 13
Maria Perez
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: May 22, 2017
                               Form ID: 148                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db/jdb         +Tomas J Perez,    Maria Perez,    9 Maple Avenue- 2nd floor,    Vauxhall, NJ 07088-1209
aty            +Sergio Ramierz de Arellano,    Banco Popular Center,    209 Munoz Rivera Ave.,   Ste. 1022,
                 San Juan,    00918-1009,    PR 00918
516611540      +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
516611543      +BB&T,    Attn: Bankruptcy Department,    6010 Golding Center Dr.,    Winston Salem, NC 27103-9815
516611541      +Banco Santander Puerto,    207 Ponce De Leon Avenue,    7th Floor,   San Juan, PR 00917-1818
516611548     ++CORTRUST BANK,    PO BOX 7030,    MITCHELL SD 57301-7030
                (address filed with court: Cortrust Bank,    Attn: Bankruptcy,    Po Box 5431,
                 Sioux Falls, SD 57117)
516611545      +Capital One Auto Finance,    Attn: Bankruptcy Dept,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
516611546      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516611550      +Dept Of Ed/Aspire Resourses Inc,    6775 Vista Dr,    West Des Moines, IA 50266-9305
516611551      +Doral Financial Corp,    Attn: Bankruptcy,    1451 Fd Roosevelt Avenue -- Po Box 70308,
                 San Juan, PR 00936-8308
516611552       Kosmas Kasimatis,    900 Easton Avenue,    Suite 31,   Somerset, NJ 08873-1760
516781898      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516611554      +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
516644036      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516611559      +Tribute Card,    Attn: Bankruptcy,    P.O. Box 105555,    Atlanta, GA 30348-5555
516611560      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,   Saint Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 22 2017 22:38:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2017 22:37:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM May 22 2017 22:18:00      Capital One Auto Finance,    Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
516611539       EDI: HNDA.COM May 22 2017 22:18:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
516740715       EDI: AIS.COM May 22 2017 22:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516611542      +EDI: TSYS2.COM May 22 2017 22:18:00      Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
516611544      +EDI: CAPITALONE.COM May 22 2017 22:18:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516629163       EDI: AISACG.COM May 22 2017 22:18:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516633036      +EDI: AISACG.COM May 22 2017 22:18:00      Capital One Auto Finance,,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516780209      +E-mail/Text: bncmail@w-legal.com May 22 2017 22:38:05       Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516611549      +EDI: RCSFNBMARIN.COM May 22 2017 22:18:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516624124       E-mail/Text: bankruptcy@bbandt.com May 22 2017 22:37:54      Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
516611555       E-mail/Text: bankruptcy@bbandt.com May 22 2017 22:37:54      Sheffield Financial,
                 P.O. Box 580229,    Charlotte, NC 28258-0229
516611556      +EDI: RMSC.COM May 22 2017 22:18:00      Synchrony Bank/Amazon,    Po Box 965064,
                 Orlando, FL 32896-5064
516611558       EDI: TFSR.COM May 22 2017 22:18:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
516611557      +EDI: WTRRNBANK.COM May 22 2017 22:18:00      Target,    C/O Financial & Retail Services,
                 Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
516611561      +EDI: VERIZONEAST.COM May 22 2017 22:18:00      Verizon,    500 Technology Dr,   Suite 500,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516611547        Coop A/c De Caribe Coo
516822724*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co.,    PO Box 8026,   Cedar Rapids, IA 52408)
516611553     ##+Ksaservicing,    Po Box 90759,   Raleigh, NC 27675-0759
                                                                                              TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin               Page 2 of 2                  Date Rcvd: May 22, 2017
                              Form ID: 148              Total Noticed: 33
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Julio  Sanchez    on behalf of Joint Debtor Maria  Perez julio@jsanchezlaw.net
              Julio  Sanchez    on behalf of Debtor Tomas J Perez julio@jsanchezlaw.net
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5