Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−11517−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tomas J Perez | Maria Perez |
| aka Tomas J Perez−Vazquez, dba P R Professional Landscaping LLC | aka Maria Torres−Torres, dba P R Professional Landscaping LLC |
| 9 Maple Avenue− 2nd floor | 9 Maple Avenue− 2nd floor |
| Vauxhall, NJ 07088 | Vauxhall, NJ 07088 |

Social Security No.:
  xxx−xx−9014                                   xxx−xx−8123

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 14, 2017</u>                   <u>Vincent F. Papalia</u>
                                              Judge, United States Bankruptcy Court